260

UNITED STATES of America,
Appellee,

v.

Robert RIVERA, Appellant,

No. 236, Docket 27576.

United States Court of Appeals
Second Circuit.

Argued Dec. 9, 1964.

Decided Dec. 9, 1964.

Robert M. Morgenthau, U. S. Atty., Southern District of New York (Dawnald R. Henderson, Arthur M. Handler, Asst. U. S. Attys., of counsel), for appellee.

Albert J. Krieger, New York City (Mary M. Kaufman, New York City, of counsel), for appellant.

Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM:

The denial of appellant's motion below to remit his bail forfeiture is affirmed in open court.

PENNCO ENGINEERING COMPANY,
Appellant,

v.

ALLIED CHEMICAL CORPORATION,
Appellee.

No. 9539.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 13, 1964.

Decided Dec. 7, 1964.

Zachary T. Wobensmith, 2nd, Philadelphia, Pa. (Randolph B. Chichester and R. Colston Christian, Richmond, Va., on brief), for appellant.

William K. Kerr, New York City (Maxwell Barus, David W. Plant, Fish, Richardson & Neave, New York City; and Hunton, Williams, Gay, Powell & Gibson, Richmond, Va., on brief), for appellee.

Before SOBELOFF, Chief Judge, BRYAN, Circuit Judge, and THOMSEN, District Judge.

PER CURIAM.

The District Court has made a thorough analysis of the case. Its findings are well supported and we perceive no error; its conclusions of law are sound. We affirm upon the court's opinion, 235 F.Supp. 625.

Affirmed.